IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02494-PAB-BNB

COLORADO INSURANCE GUARANTY ASSOCIATION,

Plaintiff,

v.

SUNSTATE EQUIPMENT COMPANY, LLC,

Defendant.

_____

**ORDER**

_____

The parties appeared this morning for a scheduling conference.  In view of certain

procedural matters, it is premature at this time to set a schedule.

IT IS ORDERED:

(1)      A status conference is set for **February 5, 2013, at 9:00 a.m.**, to discuss the

procedural status of the case and consider holding a scheduling conference; and

(2)      The plaintiff's response to the defendant's counterclaim is due on or before

**February 19, 2013.**

Dated December 18, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge