IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02494-PAB-BNB | Date: March 25, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
| --- | --- |
| COLORADO INSURANCE GUARANTY ASSOCIATION | *Heather A. Salg* |
| | *A. Peter Gregory* |
| **Plaintiff(s)** | |
| v. | |
| SUNSTATE EQUIPMENT COMPANY, LLC | *Thomas J. Overton* |
| | *Mark A. Nadeau* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:28 a.m.

Appearance of counsel.

Argument given on [38] Contested Motion Pursuant to Fed.R.Civ.P. 26(C) to Stay Discovery Pending Court Ruling on Dispositive Motions, and Certificate of Compliance with D.C.COLO.LCivR 7.1A.

ORDERED:    [38] Contested Motion Pursuant to Fed.R.Civ.P. 26(C) to Stay Discovery Pending Court Ruling on Dispositive Motions, and Certificate of Compliance with D.C.COLO.LCivR 7.1A is TAKEN UNDER ADVISEMENT.  Written order to issue.

Court in Recess:  2:14 p.m.    Hearing concluded.    Total time in Court: 00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119