IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02494-PAB-BNB

COLORADO INSURANCE GUARANTY ASSOCIATION,

    Plaintiff,

v.

SUNSTATE EQUIPMENT COMPANY, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion Under Rule 56(d) to File a Supplemental Response to the Motion for Summary Judgment in Three Months After the Parties Have Engaged in Discovery (Second Request) [Docket No. 52] filed by defendant Sunstate Equipment Company, LLC ("Sunstate") on April 22, 2013. Sunstate requests an additional three months from the filing of the motion in which to conduct discovery and permission to file a supplemental response to the motion for summary judgment filed by plaintiff Colorado Insurance Guarantee Association ("CIGA"). Docket No. 52 at 12. CIGA does not oppose the relief requested. Docket No. 54.

    As more than three months have passed since the filing of Sunstate's motion, the request for additional discovery is no longer applicable. In the absence of any objection from CIGA, the Court will grant Sunstate leave to file a supplemental response. Wherefore, it is

    **ORDERED** that the Motion Under Rule 56(d) to File a Supplemental Response to the Motion for Summary Judgment in Three Months After the Parties Have Engaged in Discovery (Second Request) [Docket No. 52] filed by defendant Sunstate Equipment Company, LLC ("Sunstate") is GRANTED in part. Sunstate may file a supplemental response to Plaintiff's Motion for Summary Judgment [Docket No. 39] of **no more than twelve pages by or before August 23, 2013**.

    DATED August 9, 2013.