**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02494-PAB-BNB

COLORADO INSURANCE GUARANTY ASSOCIATION,

    Plaintiff,

v.

SUNSTATE EQUIPMENT COMPANY, LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Of Dismissal [Docket No. 68] of Judge Philip A. Brimmer entered on August 27, 2013 it is

**ORDERED** that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated at Denver, Colorado this 28th day of August, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler
                Deputy Clerk